**State of MAINE, Department of Human Services, Plaintiff,**

**Appellee,**

v.

**James MARCELLO; Olivia Marcello, Defendants, Appellants.**

**No. 01–2462.**

United States Court of Appeals, First Circuit.

March 19, 2002.

James C. Marcello and Olivia A. Marcello, on brief, pro se.

G. Steven Rowe, Attorney General, and Andrew S. Hagler, Assistant Attorney General, on brief, for appellee.

Before SELYA, Circuit Judge, CAMPBELL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

We have reviewed the parties' briefs and the record on appeal. Upon our review, we conclude that the filings were correctly dismissed. We, therefore, *affirm* the district court's October 2, 2001 judgment of dismissal, essentially for the reasons stated in the magistrate judge's Recommended Decision of September 28, 2001.

The appellants' request for oral argument is *denied.*

*The judgment of dismissal is affirmed.*